IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 14-po-00008-GPG
Date: June 19, 2014

UNITED STATES OF AMERICA,
Plaintiff,

vs.

SERGIO A. DOMINGUEZ,
Defendant.

_____
Minute Order
_____

Arraignment set for June 19, 2014 is vacated and re-set for July 29, 2014 at 2:30 p.m.