AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of ____Colorado____

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| | Case No. 14-po-00008-GPG |
| SERGIO A. DOMINGUEZ | USM No. |
| | Stephen Laiche |
| | Defendant's Attorney |

## THE DEFENDANT:

■ **THE DEFENDANT** pleaded guilty to count(s)   Counts I and II of Superseding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 C.F.R. §4.2 and C.R.S. 42-2-101(1) | Operated a motor vehicle without a valid driver license | 12/20/2013 | I |
| 36 C.F.R § 4.21 | Speeding 42/25 | 12/20/2013 | II |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
| --- | --- | --- |
| **Total:** | $ 20.00 | $ 145.00- both due immediately |

Last Four Digits of Defendant's Soc. Sec. No.: __0430__

Defendant's Year of Birth: __1988__

City and State of Defendant's Residence: _____

12/15/2014
Date of Imposition of Judgment

_/s/_
Signature of Judge

Gordon P. Gallagher, Magistrate Judge
Name and Title of Judge

December 18, 2014
Date